1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  FELIPE VALENCIA-RAMIREZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       ) No. 2:09-CR-0312 JAM
                                   )
13             Plaintiff,          ) **STIPULATION AND ORDER**
                                   ) **CONTINUING STATUS CONFERENCE**
14     v.                          ) **AND EXCLUDING TIME**
                                   )
15 FELIPE VALENCIA-RAMIREZ,        )
                                   ) Date:  September 15, 2009
16             Defendant.          ) Time:  9:30 a.m.
                                   ) Judge: Hon. John A. Mendez
17 _____ )

18

19     IT IS HEREBY STIPULATED AND AGREED between defendant, Felipe
20 Valencia-Ramirez, and plaintiff, United States of America, by and through
21 their attorneys, that the status conference presently scheduled for
22 September 15, 2009, may be continued to September 29, 2009, at 9:00 a.m.
23     Defendant seeks additional time to review video and other discovery
24 with Mr. Valencia-Ramirez and to determine whether further investigation
25 or the filing of pretrial motions may be appropriate.  So that these
26 tasks may be completed, the parties agree that additional preparation
27 time is needed and that time under the Speedy Trial Act should be
28 excluded from the date of this stipulation, September 11, 2009, through

September 29, 2009, pursuant to Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  September 12, 2009   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FELIPE VALENCIA-RAMIREZ


LAWRENCE G. BROWN
United States Attorney

Dated:  September 12, 2009   /s/  T. Zindel for S. Wong
SAMUEL WONG
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 29, 2009, at 9:30 a.m.  The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence.  Time is therefore excluded from the date of this order through September 29, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  September 11, 2009   /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge