LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA 95814
Telephone: (916) 441-4410
Facsimile: (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIPE VALENCIA-RAMIREZ,<br>Defendant. | No. CR.S-09-312 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Samuel Wong, and defendant Felipe Valencia-Ramirez, by and through his attorney, Lorie J. Teichert, that the previously set Status Conference of November 17, 2009 be continued to January 12, 2010 at 9:30 a.m.

It is further stipulated and agreed between the parties that the time period between the date of this stipulation, November 10, 2009, through and including January 12, 2010, shall be excluded from computation of the time within which the trial of

the above criminal prosecution must be commenced under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In particular, defense counsel needs more time for the purpose of reviewing supplemental discovery, investigation and research of factual and legal issues, and discussion of these issues and the discovery with the defendant. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: November 10, 2009 Respectfully submitted,

/s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Felipe Valencia-Ramirez

Dated: November 10, 2009 BENJAMIN B. WAGNER
United States Attorney

By: /s/Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order. It is ordered that the previously set status conference is continued to January 12, 2010. It is further ordered that time from the date of the parties' stipulation, November 10, 2009, until and including January 12, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: 11-13-09

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Judge