1 LORIE J. TEICHERT
  Attorney at Law
2 California State Bar No. 142271
  1322 F Street
3 Sacramento, CA  95814
  Telephone:  (916) 441-4410
4 Facsimile:  (916) 441-4202

5 Attorney for Defendant

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )      No. CR.S-09-312 JAM
                                      )
12          Plaintiff,                )
                                      )
13      v.                            )      STIPULATION AND
                                      )      ORDER TO CONTINUE STATUS
14 FELIPE VALENCIA-RAMIREZ,           )      CONFERENCE
                                      )
15          Defendant.                )
                                      )
16 _____    )

17

18        IT IS HEREBY stipulated between the parties, plaintiff

19 United States of America, by and through United States Attorney

20 Benjamin B. Wagner and Assistant United States Attorney Samuel

21 Wong, and defendant Felipe Valencia-Ramirez, by and through his

22 attorney, Lorie J. Teichert, that the previously set Status

23 Conference of January 12, 2010 be continued to February 9, 2010

24 at 9:30 a.m.

25        It is further stipulated and agreed between the parties that

26 the time period between the date of this stipulation, January 8,

27 2010, through and including February 9, 2010, shall be excluded

28 from computation of the time within which the trial of the above

                                 1

1   criminal prosecution must be commenced under the Speedy Trial

2   Act.  The parties stipulate that the ends of justice are served

3   by the Court excluding such time, so that counsel for the

4   defendant may have reasonable time necessary for effective

5   preparation, taking into account the exercise of due diligence.

6   In particular, defense counsel needs more time for the purpose of

7   conducting investigation and research of factual and legal

8   issues, discussion of these issues with the defendant, and

9   settlement negotiations.  All parties stipulate and agree that

10  this is an appropriate exclusion of time within the meaning of 18

11  U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

12  Dated: January 8, 2010          Respectfully submitted,

13

                                    /s/ Lorie J. Teichert
14                                  LORIE J. TEICHERT
                                    Attorney for Defendant
15                                  Felipe Valencia-Ramirez

16

17  Dated: January 8, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
18

19                                  By: /s/Samuel Wong
                                       SAMUEL WONG
20                                     Assistant U.S. Attorney

21

22

23

24

25

26

27

28

                                    2

1                                    ORDER

2       Based on the stipulation of the parties and good cause

3  appearing therefrom, the Court adopts the parties' stipulation in

4  its entirety as its order.  It is ordered that the previously set

5  status conference is continued to February 9, 2010.  It is

6  further ordered that time from the date of the parties'

7  stipulation, January 8, 2010, until and including February 9,

8  2010, shall be excluded from computation of time within which the

9  trial of this case must be commenced under the Speedy Trial Act

10 to allow defense counsel reasonable time necessary for effective

11 preparation, taking into account the exercise of due diligence,

12 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code

13 T4.  The Court specifically finds that the ends of justice served

14 by the granting of a continuance outweigh the best interests of

15 the public and the defendant in a speedy trial.

16     **IT IS SO ORDERED.**

17

18 Dated: January 8, 2010

19 _____     /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
20                                      United States District Judge

21

22

23

24

25

26

27

28

                                     3