LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR.S-09-312 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE STATUS |
| FELIPE VALENCIA-RAMIREZ, | ) | CONFERENCE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

　　　IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Samuel Wong, on the one hand, and defendant Felipe Valencia-Ramirez, by and through his attorney, Lorie J. Teichert, on the other hand, that the previously set Status Conference of March 16, 2010 be continued to March 30, 2010 at 9:30 a.m.

　　　It is further stipulated and agreed between the parties that the time period between the date of this stipulation, March 10, 2010, through and including March 30, 2010, shall be excluded from computation of the time within which the trial of the above

1

criminal prosecution must be commenced under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. In particular, defense counsel needs more time for the purpose of conducting further research of relevant legal issues, discussion of these issues with the defendant, and settlement negotiations. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: March 10, 2010          Respectfully submitted,

                                        /s/ Lorie J. Teichert
                                       LORIE J. TEICHERT
Attorney for Defendant
Felipe Valencia-Ramirez

Dated: March 10, 2010          BENJAMIN B. WAGNER
United States Attorney

By: /s/Samuel Wong
   SAMUEL WONG
   Assistant U.S. Attorney

2

<u>ORDER</u>

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set status conference is continued to March 30, 2010.  It is further ordered that time from the date of the parties' stipulation, March 10, 2010, until and including March 30, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act to allow defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: March 10, 2010

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Judge