```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. 2:09-CR-00312-JAM
                                 )
12           Plaintiff,          )
                                 )  PRELIMINARY ORDER OF FORFEITURE
13      v.                       )
                                 )
14  FELIPE VALENCIA-RAMIREZ,     )
                                 )
15                               )
             Defendant.          )
16  _____ )
```

17      Based upon the plea agreement entered into between plaintiff
18 United States of America and defendant Felipe Valencia-Ramirez,
19 it is hereby ORDERED, ADJUDGED, AND DECREED as follows:
20      1.  Pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1)
21 and 28 U.S.C. § 2461(c), defendant Felipe Valencia-Ramirez'
22 interest in the following property shall be condemned and
23 forfeited to the United States of America, to be disposed of
24 according to law:
25          a loaded Smith and Wesson brand .45 caliber, semi-
            automatic pistol, serial number JRE9773, and a loaded
26          Keystone Sporting Arms .22 caliber, bolt action single
            shot rifle, serial number 246520.
27
28

                                1      Preliminary Order of Forfeiture

2. The above-listed property was used, or intended to be used, in any matter or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846, and was involved or used in the knowing commission of a violation of 18 U.S.C. § 924(c)(1)(A)(i).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Bureau of Alcohol, Tobacco, Firearms and Explosives' (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice,

whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

    SO ORDERED this 7th day of May, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge