```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00312-JAM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| FELIPE VALENCIA-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about May 10, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Felipe Valencia-Ramirez forfeiting to the United States the following property:

      a)    a loaded Smith and Wesson brand .45 caliber, semi-automatic pistol, serial number JRE9773, and a loaded Keystone Sporting Arms .22 caliber, bolt action single shot rifle, serial number 246520.

AND WHEREAS, beginning on May 17, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

1 forfeiture site www.forfeiture.gov.  Said published notice
2 advised all third parties of their right to petition the Court
3 within sixty (60) days from the first day of publication of the
4 notice for a hearing to adjudicate the validity of their alleged
5 legal interest in the forfeited property;

6     AND WHEREAS, the Court has been advised that no third party
7 has filed a claim to the subject property, and the time for any
8 person or entity to file a claim has expired.

9     Accordingly, it is hereby ORDERED and ADJUDGED:

10     1.  A Final Order of Forfeiture shall be entered forfeiting
11 to the United States of America all right, title, and interest in
12 the above-listed property pursuant to 21 U.S.C. § 853(a), 18
13 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of
14 according to law, including all right, title, and interest of
15 Felipe Valencia-Ramirez.

16     2.  All right, title, and interest in the above-listed
17 property shall vest solely in the United States of America.

18     3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
19 shall maintain custody of and control over the subject property
20 until it is disposed of according to law.

21     SO ORDERED this 17th day of September, 2010.

    /s/ John A. Mendez
    JOHN A. MENDEZ
    United States District Judge